AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

| USA | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| V. | | | | | |
| AUDLEY REEVES | | | | | Case Number: 3:22MJ15 (TOF) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| T. O. Farrish | B. Leaming | V. Hutchinson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/11/2022 | FTR | R. K. Wood |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/11/2022 | x | | Photo |
| 2 | | 1/11/2022 | x | | Photo |
| 3 | | 1/11/2022 | x | | Photo |
| 4 | | 1/11/2022 | x | | Photo |
| 5 | | 1/11/2022 | x | | Photo |
| 6 | | 1/11/2022 | x | | Photo |
| 7 | | 1/11/2022 | x | | Photo |
| 8 | | 1/11/2022 | x | | Photo |
| 9 | | 1/11/2022 | x | | Photo |
| 10 | | 1/11/2022 | x | | Photo |
| 11 | | 1/11/2022 | x | | Photo |
| 12 | | 1/11/2022 | x | | Photo |
| 13 | | 1/11/2022 | x | | Photo |
| 14 | | 1/11/2022 | x | | Photo |
| 15 | | 1/11/2022 | x | | Photo |
| 16 | | 1/11/2022 | x | | Photo |
| 17 | | 1/11/2022 | x | | Photo |
| 18 | | 1/11/2022 | x | | Photo |
| 19 | | 1/11/2022 | x | | Photo |
| 20 | | 1/11/2022 | x | | Photo |
| 21 | | 1/11/2022 | x | | Photo |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.